## AFFIDAVIT OF JENNIFER BROWN-TRAVIS

**STATE OF MISSISSIPPI**

**COUNTY OF** Forrest :

1. My name is JENNIFER BROWN-TRAVIS. I am competent to testify to and I have personal knowledge of the matters set forth herein. I am not under the influence of drugs or alcohol or other mind altering substance of any kind.

2. I am a resident of Forest County, Mississippi where I am currently serving as a Constable. I am also a process server.

3. Attorney Catouche J. L. Body contacted me on August 3, 2016 about serving process on City of Hattiesburg Police Officers Demetrius Breland and Narottam Holden. I was able to serve Officer Breland on August 5, 2016.

4. I was not able to serve Officer Holden as I was advised that he no longer worked for the Hattiesburg Police Department. After being informed that Officer Holden might be working at the Lamar County Sheriff's Department, I contacted this department and was advised that he was not employed there.

**FURTHER AFFIANT SAYETH NOT.**

JENNIFER BROWN-TRAVIS

**PERSONALLY CAME AND APPEARED BEFORE ME**, the undersigned authority in and for the jurisdiction aforesaid, the within named **JENNIFER BROWN-TRAVIS**, who being by me first duly sworn and states on her oath that the matters, facts and things alleged, contained and set forth in the above and foregoing instrument are true and correct as therein stated.



EXHIBIT

"A"

SWORN TO AND SUBSCRIBED BEFORE ME, this 26 day of August,

2016.

NOTARY PUBLIC

MY COMMISSION EXPIRES:

Feb 10, 2018