# AFFIDAVIT OF CATOUCHE J. L. BODY

STATE OF MISSISSIPPI

COUNTY OF Hinds :

1. My name is CATOUCHE J. L. BODY. I am competent to testify to and I have personal knowledge of the matters set forth herein. I am not under the influence of drugs or alcohol or other mind altering substance of any kind.

2. I am a resident of Hinds County, Mississippi. I am a practicing attorney and I am one of the attorneys representing the Plaintiffs in the *George L. Wade, Jr., et al. v. The City of Hattiesburg, MS, et al.,* in the United States District Court for the Southern District of Mississippi, Eastern Division, Cause No. 2:16cv47-KS-MTP.

3. I contacted Constable Jennifer Brown-Travis on August 3, 2016 about serving process on City of Hattiesburg Police Officers Demetrius Breland and Narottam Holden. She served Officer Breland on August 5, 2016, but she was not able to serve Officer Holden as he no longer works for the Hattiesburg Police Department.

4. On August 8, 2016, Constable Brown-Travis advised me that she could not locate Officer Holden. I then contacted an officer with the Hinds County Sheriff's Department to see if he could help locate Officer Holden. He was not able locate Officer Holden either.

**FURTHER AFFIANT SAYETH NOT.**

_____
CATOUCHE J. L. BODY

**PERSONALLY CAME AND APPEARED BEFORE ME**, the undersigned authority in and for the jurisdiction aforesaid, the within named **CATOUCHE J. L.**



EXHIBIT "B"

BODY, who being by me first duly sworn and states on his oath that the matters, facts and things alleged, contained and set forth in the above and foregoing instrument are true and correct as therein stated.

SWORN TO AND SUBSCRIBED BEFORE ME, this 29th day of August, 2016.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:
_____

*[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 88709, KIMBERLY S. SWEENEY, Commission Expires Oct. 30, 2016, HINDS COUNTY]*