IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**GEORGE L. WADE, JR., ET AL.**                                                         **PLAINTIFFS**

v.                                                           **CIVIL ACTION NO. 2:16-cv-47-KS-MTP**

**CITY OF HATTIESBURG, MS, ET AL.**                                     **DEFENDANTS**

**ORDER**

THIS MATTER is before the Court on the Plaintiffs' Motion to Extend Time to Designate Expert Witnesses [31] and Motion to Extend All Deadlines [33].  On May 2, 2017, Plaintiffs filed their Motion [31], requesting a forty-five-day extension of their expert designation deadline.  On May 12, 2017, the Court conducted a conference with the parties regarding discovery and scheduling issues.  On May 17, 2017, Plaintiffs filed their Motion to Extend All Deadlines [33], requesting a sixty-day extension of all case deadlines.

The Motion to Extend All Deadlines [33] is unopposed, and the Court finds good cause to grant the Motion [33] and extend the case deadlines.  Extending these deadlines will require a resetting of the trial date as well.  For good cause shown, the Court finds that the pretrial conference and trial should be reset.

IT IS, THEREFORE, ORDERED that:

1. Plaintiffs' Motion to Extend All Deadlines [33] is GRANTED.

2. Plaintiffs' expert designation deadline is extended to July 14, 2017.

3. Defendants' expert designation deadline is extended to August 14, 2017.

4. The discovery deadline is extended to October 2, 2017.

5. The deadline for motions (other than motions *in limine* or discovery motions) is extended to October 16, 2017.

1

6. The pretrial conference is reset for February 15, 2018, before District Judge Keith Starrett.

7. The jury trial is reset for a two-week term beginning March 5, 2018, before District Judge Keith Starrett.

8. Any conflict with the trial date must be submitted in writing to the District Judge on or before June 9, 2017.

9. All other provisions and deadlines contained in the Case Management Order [17], including the obligation to complete private mediation or a settlement conference with the Court by the discovery deadline, remain in place.

10. Plaintiffs' Motion to Extend Time to Designate Expert Witnesses [31] is DENIED as moot.

SO ORDERED this the 23rd day of May, 2017.

                                        s/Michael T. Parker
                                        UNITED STATES MAGISTRATE JUDGE