IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GEORGE L. WADE, JR., THE ESTATE OF
GEORGE L. WADE, SR., DECEASED, AND
HIS HEIRS AT LAW                                                                          PLAINTIFFS

v.                                                                      CAUSE NO. 2:16cv47 KS-MTP

DEMETRIUS BRELAND and NAROTTAM
HOLDEN, INDIVIDUALLY and JOHN DOES 1-10                                 DEFENDANTS

## MOTION TO FILE EXHIBITS UNDER SEAL

Defendants, Demetrius Breland and Narottam Holden, file this Motion to File Exhibits Under Seal and state:

1.      Plaintiffs filed their lawsuit in this case concerning personal injuries relating to their arrests.

2.      Plaintiffs placed their medical conditions at issue by seeking damages for alleged personal injuries.

3.      Defendants' Motion to Dismiss [Doc. #50] relies upon Plaintiff, George Wade, Jr.'s, medical records. See proposed Exhibits "D" and "E," which are being subsequently conventionally filed.

4.      Defendants request the Court seal the medical records attached as an exhibit out of respect for George Wade, Jr.'s privacy.

WHEREFORE, Defendants move the Court to seal George Wade, Jr.'s medical records attached as an exhibit to Defendants' Motion to Dismiss [Doc. #50].

RESPECTFULLY SUBMITTED, this the 18th day of August, 2017.

1

/s/ Lane Dossett<br>
L. CLARK HICKS, MSB No. 8963<br>
R. LANE DOSSETT, MSB No. 102927<br>
*Attorneys for Defendants*

HICKS LAW FIRM, PLLC
211 South 29th Avenue, Suite 201 (39401)
Post Office Box 13850
Hattiesburg, MS  39404-8350
Telephone:  601.544.6770
Facsimile:   601.544.6775
Email:  clark@hicksattorneys.com
           lane@hicksattorneys.com

## CERTIFICATE OF SERVICE

I, undersigned counsel, do hereby certify that I have this day electronically filed the foregoing documents with the Clerk of the Court using the ECF system, which sent notification of such filing to all registered users, including, the opposing parties' attorney.

Dated: August 18th, 2017.

/s/ Lane Dossett<br>
L. CLARK HICKS, MSB No. 8963<br>
R. LANE DOSSETT, MSB No. 102927<br>
*Attorneys for Defendants*