**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | |
|---|---|
| GEOGE L. WADE, JR., THE ESTATE OF GEORGE L. WADE, SR., DECEASED, AND HIS HEIRS AT LAW | **PLAINTIFFS** |
| v. | **CIVIL ACTION NO. 2:16-CV-47-KS-MTP** |
| THE CITY OF HATTIESBURG, MS, OFFICERS DEMTRIUS BRELAND and NAROTTAM HOLDEN, individually and in their capacities as policemen with the Hattiesburg Police Department, and John Does 1-10 | **DEFENDANTS** |

<u>ORDER</u>

On August 18, 2017, Defendants ("Movants") filed their Motion to Dismiss [50]. Plaintiffs ("Respondents") have until on or before **September 1, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movants wish to file a rebuttal, he may do so on or before **September 8, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movants or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __22nd__ day of August, 2017.

                                                         _s/Keith Starrett_
                                                        KEITH STARRETT
                                                        UNITED STATES DISTRICT JUDGE