IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GEOGE L. WADE, JR., THE ESTATE
OF GEORGE L. WADE, SR.,
DECEASED, AND HIS HEIRS AT LAW                                    PLAINTIFFS

v.                                          CIVIL ACTION NO. 2:16-CV-47-KS-MTP

DEMETRIUS BRELAND and
NAROTTAM HOLDEN                                                   DEFENDANTS

## JUDGMENT

For the reasons stated in the Court's previous Order and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment in favor of Defendants. Plaintiff's claims are dismissed with prejudice. This case is closed.

SO ORDERED AND ADJUDGED this the 18th day of December, 2017.

*s/Keith Starett*
UNITED STATES DISTRICT JUDGE