IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GEORGE L. WADE, JR., THE ESTATE OF
GEORGE L. WADE, SR., DECEASED, AND
HIS HEIRS AT LAW                                                           PLAINTIFFS

v.                                                                      CAUSE NO. 2:16cv47 KS-MTP

DEMETRIUS BRELAND and NAROTTAM
HOLDEN, INDIVIDUALLY and JOHN DOES 1-10                                    DEFENDANTS

### RESPONSE IN OPPOSITION TO MOTION TO RECONSIDER

Defendants request the Court deny Plaintiffs' Motion to Reconsider because reconsideration would be futile. Dismissal is appropriate for the reasons and arguments set forth in Defendants' Motion for Summary Judgment [Doc. #64], Memorandum [Doc. #65] and Rebuttal [Doc. #70]. Plaintiffs' Motion only seeks reconsideration of the dismissal of Wade Jr.'s excessive force claim. If the Court were to grant reconsideration, all other findings by the Court should be left undisbursed.

Respectfully submitted, this the 2nd day of January, 2018.

/s/ Lane Dossett
CLARK HICKS, JR. (MSB No. 8963)
R. LANE DOSSETT (MSB No. 102927)
*Attorneys for Defendants, Demetrius*
*Breland and Narottam Holden*

Hicks Law Firm, PLLC
211 South 29th Avenue, Suite 201 (39401)
Post Office Box 13850
Hattiesburg, MS 39404-8350
Telephone: 601.544.6770
Facsimile: 601.544.6775
Email: clark@hicksattorneys.com
          lane@hicksattorneys.com

## CERTIFICATE OF SERVICE

I, undersigned counsel, do hereby certify that I have this day electronically filed the foregoing *Response in Opposition to Motion to Reconsider* the Clerk of the Court using the ECF system, which sent notification of such filing to all registered users, including, the opposing parties' attorney.

THIS the 2nd day of January, 2018.

/s/ Lane Dossett
CLARK HICKS, JR. (MSB No. 8963)
R. LANE DOSSETT (MSB No. 102927)
*Attorneys for Defendants, Demetrius Breland and Narottam Holden*