IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GEORGE L. WADE, JR.                                                              PLAINTIFF

v.                                                              CAUSE NO. 2:16cv47 KS-MTP

DEMETRIUS BRELAND                                        DEFENDANTS

## MOTION TO SEAL

Defendant, Demetrius Breland, files this Motion to Seal and states:

1. Plaintiff filed his lawsuit in this case alleging personal injuries relating to his arrest.

2. Plaintiff placed his medical conditions at issue by seeking damages for alleged personal injuries.

3. Defendant has filed notice of intent to offer certain medical records as self-authenticating pursuant to F.R.E. 803 and 902. [See Notices, Docs. 78-80].

4. Despite Plaintiff's waiver, Defendant requests the Court seal the medical records attached to the notices out of respect for George Wade, Jr.'s privacy.

WHEREFORE, Defendant moves the Court to seal George Wade, Jr.'s medical records attached as an exhibit to Defendants' Notices [Docs. 78-80].

RESPECTFULLY SUBMITTED, this the 7th<sup>th</sup> day of February, 2018.

                                                    /s/ Lane Dossett
                                                    L. CLARK HICKS, MSB No. 8963
                                                    R. LANE DOSSETT, MSB No. 102927
                                                    *Attorneys for Defendants*

Hicks Law Firm, PLLC
211 South 29th Avenue, Suite 201 (39401)
Post Office Box 13850
Hattiesburg, MS  39404-8350
Telephone: 601.544.6770
Facsimile:  601.544.6775
Email: clark@hicksattorneys.com
           lane@hicksattorneys.com

## CERTIFICATE OF SERVICE

I, undersigned counsel, do hereby certify that I have this day electronically filed the foregoing documents with the Clerk of the Court using the ECF system, which sent notification of such filing to all registered users, including, the opposing parties' attorney.

Dated: February 7, 2018.

/s/ Lane Dossett
L. CLARK HICKS, MSB No. 8963
R. LANE DOSSETT, MSB No. 102927
*Attorneys for Defendants*

2